# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

SHEILA DUVALL                                                                                             PLAINTIFF

V.                                    NO. 4:13CV00282 JTR

CAROLYN W. COLVIN,
Acting Commissioner,
Social Security Administration                                                              DEFENDANT

## ORDER

The Commissioner has moved to remand this case for a new administrative hearing and decision. (*Doc. #15*). The Commissioner also states that Plaintiff does not object.

IT IS THEREFORE ORDERED THAT Defendant's Unopposed Motion to Remand (*doc. #15*) is GRANTED. This is a remand pursuant to "sentence four" of 42 U.S.C. § 405(g). Defendant's Motion for Extension of Time (*doc. #14*) is DENIED, AS MOOT.

Dated this 2nd day of January, 2014.

_____
UNITED STATES MAGISTRATE JUDGE