## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

SHEILA DUVALL                                                                                           PLAINTIFF

V.                               NO. 4:13CV00282 JTR

CAROLYN W. COLVIN,
Acting Commissioner,
Social Security Administration                                                        DEFENDANT

## JUDGMENT

Consistent with an Order entered on this day, IT IS CONSIDERED, ORDERED, AND ADJUDGED that judgment be entered for the Plaintiff, reversing the decision of the Commissioner, and remanding this case to the Commissioner for further proceedings pursuant to sentence four of 42 U.S.C. § 405(g) and *Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

DATED this 2nd day of January, 2014.

_____
UNITED STATES MAGISTRATE JUDGE