# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

SHEILA DUVALL                                                                           PLAINTIFF

V.                                   NO. 4:13CV00282 JTR

CAROLYN W. COLVIN,
Commissioner, Social
Security Administration                                                                 DEFENDANT

## ORDER

Pending before the Court is Plaintiff's Motion requesting an award of attorney's fees under the Equal Access to Justice Act ("EAJA"). *Doc. #18*. Plaintiff's attorney, Shannon Muse Carroll, requests a total payment of $5,168.32 based on 30.14 hours of work.[1] *Doc. #18 at 4*. The Commissioner does not object to Plaintiff's request. *Doc. #21*.

Under these circumstances, the Court concludes that Plaintiff is entitled to an award of attorney's fees under the EAJA, and that the amount requested is reasonable.

---

[1] The time itemization submitted by Plaintiff's counsel actually totals to $5,516.61. *Doc. #18 at 4*. However, Plaintiff's counsel has indicated that she intends to request only $5,168.32.

IT IS THEREFORE ORDERED that Plaintiff's Motion for Attorney's Fees Pursuant to the EAJA (*doc. #18*) is GRANTED. IT IS FURTHER ORDERED that Plaintiff is awarded $5,168.32 in attorney's fees under the EAJA.

Dated this 7th day of April, 2014.

_____
UNITED STATES MAGISTRATE JUDGE